UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


UNITED STATES OF AMERICA

v.                         CASE NO. 8:15-cr-219-T-33MAP

JOSE IGNACIO HURTADO MORENO


**MOTION BY THE UNITED STATES FOR
DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE
<u>BASED UPON SUBSTANTIAL ASSISTANCE</u>**


Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines, and Title 18, United States Code, Section 3553(e), the United States moves this Court to grant a two-level reduction in defendant's offense level, and in support thereof states as follows:

**<u>MEMORANDUM OF LAW</u>**

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance. USSG §5K1.1. Here, defendant Jose Ignacio Hurtado Moreno provided truthful and timely information to the United States, which contributed to his co-defendants pleading guilty and made a trial of this matter less-likely.

The United States believes that, because of his efforts on behalf of the United States, this defendant should receive a two-level reduction in his offense

level for his assistance.

## **CONCLUSION**

For the foregoing reasons, this Court should grant the government's motion for downward departure of defendant's sentence.

                                        Respectfully submitted,

                                        A. LEE BENTLEY, III
                                        United States Attorney

By:   */s/ James R. Zoll*
        JAMES R. ZOLL
        Special Assistant United State Attorney
        United State Attorney No. 0154
        400 North Tampa Street, Suite 3200
        Tampa, Florida   33602
        Telephone:   (813) 274-6000
        Facsimile:    (813) 274-6178
        E-mail:   James.Zoll@usdoj.gov

**U.S. v. JOSE IGNACIO HURTADO MORENO   Case No. 8:15-cr-219-T-33MAP**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Charles Britt, Esq.

    */s/ James R. Zoll*                               .
    JAMES R. ZOLL
    Special Assistant United State Attorney
    United State Attorney No. 0154
    400 North Tampa Street, Suite 3200
    Tampa, Florida   33602
    Telephone:   (813) 274-6000
    Facsimile:   (813) 274-6178
    E-mail:   James.Zoll@usdoj.gov